UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
CASE NO.: 18-25389-Civ-Scola
AT LAW AND IN ADMIRALTY

NASIM HARA and ALLEGRA HARA,
INDIVIDUALLY AND ON BEHALF OF AND
AS PARENTS AND NATURAL GUARDIANS
OF A MINOR CHILD, D.H.
    Plaintiff
v.

ROYAL CARIBBEAN CRUISES LTD. a/k/a
ROYAL CARIBBEAN CRUISES LTD., A LIBERIAN
CORPORATION, d/b/a ROYAL CARIBBEAN
CRUISE LINE and d/b/a ROYAL CARIBBEAN
INTERNATIONAL,
    Defendant.
_____/

### NOTICE OF SETTLEMENT AND UNOPPOSED MOTION FOR THE COURT TO RETAIN JURISDICTION UNTIL
### THE SETTLEMENT IS CONSUMMATED AND REPORT OF GUARDIAN *AD LITEM* IS FILED AND APPROVED

The Plaintiffs, NASIM HARA and ALLEGRA HARA as Parents and Natural Guardian and on behalf of their child D.H., a minor, by and through their undersigned counsel, hereby file this Notice of Settlement and Motion for the Court to Retain Jurisdiction until the settlement is consummated, the Guardian *Ad Litem* has submitted a report, and this Court has approved the Report of the Guardian *Ad Litem* and the Settlement and the Court correspondingly allow the parties additional time to file the Stipulation of Notice of Dismissal, and as grounds therefor state as follows:

1.    The parties have reached a settlement as to all claims brought by NASIM HARA and ALLEGRA HARA each Individually, and as Parents and Natural Guardians and on behalf of D.H., a minor.

2.    The case involves a minor which requires court approval of the Guardian *Ad*

*Litem*'s report and the settlement. See *Burke v. Smith*, 252 F.3d 1260 (11th Cir. 2001) and the Fl. Stat. § 744.3025 and Fla. Stat. § 744.387. The Plaintiffs have filed an unopposed Motion to Appoint a Guardian *ad Litem* at [DE 27].

3. Hence, the Plaintiffs respectfully request that this Court retain jurisdiction over this matter until the settlement has been consummated, and until such time that this Court has approved the Guardian *Ad Litem's* report and the settlement. Further, that the parties be granted additional time to file the Stipulation of Notice of Dismissal so that the dismissal can be filed after the Court has approved the settlement.

4. Once appointed the Guardian *Ad Litem* will review the files, medical records and interview the parents of the minor. He will also review the closing statement upon completion. The Plaintiffs are working diligently to obtain information about the liens, costs so that the closing statement can be finalized and presented to the Guardian *Ad Litem* for his review and approval.

5. The Guardian *Ad Litem*'s report and motion for approval of the Guardian *Ad Litem's* report and for approval of the settlement will be submitted to the Court upon the completion of the guardian's report. In this case, the settlement is governed by confidentiality. Hence, the parties will move for permission to file the Guardian *Ad Litem'*s report under seal.

6. Prior to filing this Motion, the undersigned conferred with counsel for Defendant who does not object to the relief sought.

WHEREFORE, the Plaintiffs respectfully request that this Court retain jurisdiction until the settlement is consummated, and until such time that the Court has approved the Guardian *Ad Litem's* report and the Settlement and that the Stipulation of Notice of Dismissal be filed within 30 days of this Court approving the settlement, and any other relief this Court deems just and proper.

Dated this 5th day of June, 2019.

Respectfully Submitted,

By: s/ *C. Claire Armagnac-Rodriguez*
C. Claire Armagnac-Rodriguez, Esq. (FBN 112363)
carmagnac@hickeylawfirm.com
John H. Hickey, Esq. (FBN 305081)
hickey@hickeylawfirm.com
**HICKEY LAW FIRM, P.A.**
1401 Brickell Avenue, Ste. 510
Miami, Florida 33131-3504
Telephone: (305) 371-8000
*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via email this 5th day of June, 2019 to all counsel on the attached service list.

By: *s/ C. Claire Armagnac-Rodriguez*
**John H. Hickey, Esq. (FBN 305081)**
hickey@hickeylawfirm.com
**C. Claire Armagnac-Rodriguez, Esq. (FBN 112363)**
carmagnac@hickeylawfirm.com
**Hickey Law Firm, P.A.**
1401 Brickell Avenue, Ste. 510
Miami, Florida 33131
Telephone: (305) 371-8000
Facsimile: (305) 371-3542
*Attorneys for the Plaintiff*

NASIM HARA and ALLEGRA HARA, Individually and on behalf of and as parents and natural guardians of a Minor Child, D.H. v. ROYAL CARIBBEAN CRUISES LTD, a/k/a ROYAL CARIBBEAN CRUISES LTD A LIBERIAN CORPORATION d/b/a ROYAL CARIBBEAN CRUISE LINE and d/b/a ROYAL CARIBBEAN INTERNATIONAL
CASE NO.: 1:18-cv-25389-RNS

## SERVICE LIST

| | |
|---|---|
| **John H. Hickey, Esq.** (FBN 305081)<br>hickey@hickeylawfirm.com<br>federalcourtfilings@hickeylawfirm.com<br>**C. Claire Armagnac-Rodriguez, Esq.** (FBN 112363)<br>carmagnac@hickeylawfirm.com<br>zcabrera@hickeylawfirm.com<br>**Hickey Law Firm, P.A.**<br>1401 Brickell Avenue, Suite 510<br>Miami, FL  33131<br>Tel. (305) 371-8000<br>Fax: (305) 371-3542<br>*Attorneys for Plaintiff* | **Natasha Alcivar, Esq.**<br>nalcivar@rccl.com<br>**Paul J. Hehir, Esq.**<br>phehir@rccl.com<br>**Royal Caribbean Cruises, LTD**<br>1050 Caribbean Way<br>Miami, Florida 33132<br>Tel: (305) 982-2956<br>Alt: (305) 539-6204<br>Fax: 305-539-6561<br>*Attorneys for Defendant* |