United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Nasim Hara, and others, Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Royal Caribbean Cruises LTD., ) <br> Defendant. ) | Civil Action No. 18-25389-Civ-Scola |

## Order Approving Settlement

The parties to this action have filed their settlement agreement under seal for the Court's approval. (ECF No. 33.) Having reviewed the record, the Guardian Ad Litem's report, the relevant legal authorities, and the settlement agreement, the Court finds the settlement agreement fair and reasonable. The Court hereby approves the settlement agreement.

In accordance with the agreement and the Court prior order appointing guardian ad litem, by **July 22, 2019**, the Plaintiffs are directed to file either: (1) a stipulation of dismissal, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii); or (2) a motion to dismiss consistent with Rule 41(a)(2).

If the Plaintiffs file a stipulation of dismissal under Rule 41(a)(1)(A)(ii) and the parties wish to have this Court retain jurisdiction to enforce any settlement agreement, the stipulation of dismissal must include the following sentence: "The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the parties' settlement agreement." This sentence is necessary because a stipulation of dismissal is otherwise self-executing and deprives the Court of jurisdiction to do anything further. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

The Court thanks the pro bono Guardian Ad Litem, Paul Hoffman, for his assistance in this matter.

**Done and ordered** at Miami, Florida, on June 20, 2019.

Robert N. Scola, Jr.
United States District Judge